UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORETTA JONES,<br><br>        Plaintiff,<br><br>-against-<br><br>NEW YORK CITY POLICE DEPT., et al.,<br><br>        Defendants. | 1:19-CV-9979 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 20, 2019, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

SO ORDERED.

Dated: December 20, 2019
    New York, New York

                    COLLEEN McMAHON
                   Chief United States District Judge